■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARDO HERNANDEZ, Appellant. [872 NYS2d 687]—Judgment, Supreme Court, New York County (Charles H. Solomon, J.), rendered on or about June 8, 2007, unanimously affirmed. No opinion. Order filed. Concur—Gonzalez, J.P., Buckley, Catterson, McGuire and Acosta, JJ.